CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOHAMMED SERDAH, ) | |
| Plaintiff, ) | Civil Action No. 7:08cv00323 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| JUDY WILLIAMS SERDAH, et al., ) | |
| Defendants ) | By: Samuel G. Wilson |
| ) | United States District Judge |

In accordance with the memorandum entered this day, it is **ORDERED** and **ADJUDGED** that

1. Plaintiff's motion to supplement the record is **GRANTED**;

2. Plaintiff's motion for additional discovery is **DENIED** as untimely;

3. Plaintiff's motion for class certification is **DENIED**;

4. Plaintiff's motion for summary judgment is **DENIED**;

5. Summary judgment is **GRANTED** to all defendants; and,

6. This matter is **STRICKEN** from the docket of the court.

**ENTER:** This January 9, 2009.

/s/ Samuel G. Wilson
UNITED STATES DISTRICT JUDGE